IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHELSEA D'CHUAN DAWSON                                                PLAINTIFF

v.                         CASE NO. 2:21-CV-00135-BSM

EQUIFAX                                                               DEFENDANT

## ORDER

Chelsea Dawson's complaint is dismissed without prejudice because she has not paid the filing fee or updated her *in forma pauperis* application.  *See* Doc. No. 3.  An appeal of this order will not be taken in good faith.  Local Rule 5.5(c)(2); 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 8th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE