IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHELSEA D'CHUAN DAWSON**                                                                 **PLAINTIFF**

v.                               **CASE NO. 2:21-CV-00135-BSM**

**EQUIFAX**                                                                                **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE